Matter of Barksdale v Litman (2025 NY Slip Op 06248)

Matter of Barksdale v Litman

2025 NY Slip Op 06248

Decided on November 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 13, 2025

Before: Kern, J.P., Friedman, Kapnick, Shulman, Hagler, JJ. 

Appeal No. 5166|Case No. 2025-02910|

[*1]In the Matter of Robert Barksdale, Petitioner
v
Hon. Sara Litman etc., Respondent.

Robert Barksdale, petitioner pro se.
Letitia James, Attorney General, New York (James B. Cooney of counsel), for respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 13, 2025